UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN L. GIBSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00476-RCJ-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　The Office of the Attorney General did not accept service of process on behalf of Defendant Bernice Encinas, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 21.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 22.)

　　The Clerk shall ISSUE a summons for Bernice Encinas and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 22.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 8), the screening order, (ECF No. 10), and this order to the U.S. Marshal for service on Defendant Bernice Encinas. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

　　Plaintiff is reminded that if the above-named Defendant is not served by February 16, 2023,[1] she may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

　　**IT IS SO ORDERED.**

　　DATED: December 9, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the filing of the court's post-stay order (ECF No. 20).