**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOAQUIN L. GIBSON, ) | Case No.: 3:21-CV-00476-RCJ-CSD |
| Plaintiff, ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 4(m)** |
| vs. ) | |
| BERNICE ENCINAS, *et al.*, ) | |
| Defendants. ) | |

        The Court filed the Notice of Intention to Dismiss Pursuant to FRCP 4(m) (ECF No. 33) on March 13, 2023.  Plaintiff was ordered to provide the Court with proof of service as to the following party: **BERNICE ENCINAS** on or before April 12, 2023.

        Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions."  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted).  All five factors point in favor of dismissal.

Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to file proof of proper service with this Court pursuant to FRCP 4(m) and failure to comply with the Notice of Intention to Dismiss (ECF No. 33).

IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** to Defendant: **BERNICE ENCINAS** for Plaintiff's failure to comply with the Court's Notice of Intention to Dismiss (ECF No. 33) pursuant to FRCP 4(m).

IT IS SO ORDERED.

Dated this 25TH  day of April 2023.

_____
ROBERT C. JONES
United States District Judge