UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN L. GIBSON, | Case No.: 3:21-CV-00476-RCJ-CSD |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 48) |
| v. | |
| DZURENDA, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig Denney, (ECF No.48[1]), entered on November 7, 2023, recommending that the Court grant Defendant Dr. Minev's motion for summary judgment, (ECF No. 36), and enter judgment in his favor.  No objection to the Report and Recommendation has been filed.  The docket reflects that Plaintiff has been paroled and has failed to provide an updated address as required under Local Rule IA 3-1.

This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1]  Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation, (ECF No. 48), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Dr. Minev's Motion for Summary Judgment, (ECF No. 36), is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court **ENTER JUDGMENT** in favor of Defendant Dr. Minev.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated:  December 18, 2023.

_____
ROBERT C. JONES
United States District Judge